**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

January 30, 2020

*Via ECF*

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2020

Re: *United States v. Von Ditmar,*
    18 Cr. 863 (VEC)

Dear Judge Caproni:

With the consent of the Government, I write to respectfully request that the Court adjourn the pretrial conference presently calendared for Friday, January 31, 2020 at 4 P.M. to Wednesday, February 5, 2020 at 4:00 P.M. The parties have reached an agreement that resolves this matter, but require a short additional time to finalize and review that agreement before proceeding..

I have discussed this request with opposing counsel, Ms. Tara LaMorte, who consents to it on behalf of the Government.

Thank you for your attention to this matter.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc: Tara LaMorte, AUSA (by ECF)

Application GRANTED.

SO ORDERED.

1/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE