UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED:___6/11/2020___       │
└─────────────────────────────────┘
```

-------------------------------------------------------------- X

UNITED STATES OF AMERICA,                           :
                                                    :
    -against-                    :          S2 18-CR-863 (VEC)
                                                    :
JOAKIM VON DITMAR,                                  :          ORDER
                                                    :
       Defendant.  :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 5, 2020, Defendant pled guilty to a superseding criminal information (S2);

    IT IS HEREBY ORDERED that sentencing is scheduled for **October 8, 2020, at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.  Sentencing submissions from both sides are due not later than **September 24, 2020**.

**SO ORDERED.**

Date:  **June 11, 2020**
       **New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**