# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

September 24, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2020

*Via ECF*

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Von Ditmar,*
      **18 Cr. 863 (VEC)**

Honorable Judge Caproni:

With the consent of the Government, I write to respectfully request that the Court adjourn the sentencing hearing presently calendared in the above-captioned case for Thursday, October 8, 2020 at 2:00 P.M. for sixty days. This is the first requested adjournment of the sentencing in this matter, and is sought to allow the Defense time needed to complete its sentencing submission, to review the Presentence Report with Mr. Von Ditmar, and to finalize discussions with the Government regarding forfeiture and restitution.

I have discussed this request with opposing counsel, Ms. Tara LaMorte, who consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Tara LaMorte, AUSA (by ECF)

---

Application GRANTED.  Sentencing is adjourned to **December 8, 2020, at 2:00 p.m.**  Sentencing submissions from both sides are due not later than **November 24, 2020**.

SO ORDERED.

*[signature]*
09/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE