# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

November 28, 2020

**Via ECF and email**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  Defendant's sentencing is ADJOURNED
to **February 9, 2021, at 2:00 p.m.**  Defendant's sentencing
submissions are due not later than **January 25, 2021**.

SO ORDERED.

*Valerie Caproni*

11/30/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Von Ditmar,* 18 Cr. 863 (VEC)

Honorable Judge Caproni:

With the consent of the Government, I write to respectfully request that the Court
adjourn the sentencing hearing presently calendared in the above-captioned case for
Tuesday, December 8, 2020 at 2:00 P.M. for a minimum of sixty days. This is the second
requested adjournment of the sentencing in this matter.

███████████████████████████████████████████████████
███████ ████████████████████████████████ the Defense cannot complete its
submission or otherwise prepare for sentencing.

I have discussed this request with opposing counsel, Ms. Tara LaMorte, who
consents to it on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   Tara LaMorte, AUSA (*by ECF & email*)

---

i ██████████████████████████████████████