```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,                                :
                                                             :
            -against-                                        :    S2 18-CR-863 (VEC)
                                                             :
    JOAKIM VON DITMAR,                                       :    ORDER
                                                             :
                                     Defendant.              :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant is scheduled to appear for sentencing on February 9, 2021;

WHEREAS in-person proceedings are still severely limited in the Southern District of New York due to the COVID-19 pandemic;

IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED to **April 6, 2021, at 10:00 a.m.**

IT IS FURTHER ORDERED that Defendant's sentencing submissions are due not later than **March 16, 2021**.  Defendant's counsel has failed to file Defendant's sentencing submissions by the Court-ordered deadline on two separate occasions; the Court expects that counsel will not be delinquent again.

**SO ORDERED.**

**Date:  January 26, 2021**
**New York, NY**

_____
 **VALERIE CAPRONI**
**United States District Judge**