USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,              :

        -against-                                  :            S2 18-CR-863 (VEC)

  JOAKIM VON DITMAR,                  :                <u>ORDER</u>

                                Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a sentencing is scheduled for April 6, 2021, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY;

        IT IS HEREBY ORDERED that interested members of the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0863#.

        IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the instructions, attached. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

Date: April 1, 2021
       New York, NY

                                                      **VALERIE CAPRONI**
                                                    **United States District Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

<https://app.certify.me/SDNYPublic>



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.