```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-  :  S2 18-CR-863 (VEC)

JOAKIM VON DITMAR,  :  <u>ORDER</u>

                 Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a public sentencing is scheduled for April 6, 2021;

    IT IS HEREBY ORDERED that not later than close of business on April 5, 2021, the Government must file a letter with the Court confirming that it has notified the victims of Defendant's crimes of the April 6, 2021 sentencing, and of their right to be heard at Defendant's sentencing.

**SO ORDERED.**

**Date: April 5, 2021**
**New York, NY**

                                                **VALERIE CAPRONI**
                                                **United States District Judge**