# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

May 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2021

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: ***United States v. Joakim von Ditmar***, **18 Cr. 863 (VEC)**

Honorable Judge Caproni:

With the consent of the Government I write to respectfully request that the date for Mr. Von Ditmar's voluntary surrender, currently scheduled for Wednesday, May 19, 2021, be extended for not more than 30 days.

On April 6, 2021, the Court imposed a sentence for Mr. Von Ditmar of one year and one day of incarceration, and directed him to surrender either to a facility designated by the Bureau of Prisons (BOP), or to the United States Marshals at 500 Pearl Street. Beginning the week of April 6th, our office has made repeated requests of the BOP to designate Mr. Von Ditmar to a facility. As of this writing, Mr. Von Ditmar remains undesignated.

We believe that, as an older first-time offender, Mr. Von Ditmar's security classification with the BOP qualifies him for a minimum security facility. However, should he be required to surrender to the Marshals, we understand that he will be placed at the Metropolitan Detention Center, a facility that is far more restrictive than the BOP would designate for Mr. Von Ditmar.

Accordingly, we respectfully request that Mr. Von Ditmar's surrender date be extended for not more than 30 days. Additionally, we further request that the Court recommend to the BOP that Mr. Von Ditmar be designated to either the Otisville or Danbury facilities.

I have discussed this matter with Assistant United States Attorney Tara LaMorte, who consents on behalf of the United States.

Thank you for your consideration of this matter.

Respectfully submitted,

Christopher A. Flood

cc:    AUSA's Tara LaMorte (*by ECF*)

Application GRANTED.  Mr. Von Ditmar's voluntary surrender date is extended to **June 18, 2021**, on which he must surrender either to a facility designated by the Bureau of Prisons ("BOP"), or to the United States Marshals at 500 Pearl Street.  The Court recommends that that, before that date, the BOP designate Mr. Von Ditmar to either FCI Otisville or FCI Danbury.


SO ORDERED.

5/17/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE