# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 23, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/21

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Joakim von Ditmar*, 18 Cr. 863 (VEC)

Honorable Judge Caproni:

With the consent of the Government I write to respectfully request that the date for Mr. Von Ditmar's voluntary surrender, currently scheduled for Friday, September 24, 2021, be extended for 60 days.

We make this request because, as we have previously informed the Court, Mr. Von Ditmar is suffering from a number of very serious medical conditions that have been recently diagnosed, and which require immediate and continuing attention. For example, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Further, the Bureau of Prisons has not designated Mr. Von Ditmar to a facility that can provide appropriate medical care. Rather, it persists in its designation of Mr. Von Ditmar to the North Lake Correctional Facility, in northwestern Michigan. Mr. Von Ditmar's dangerous medical conditions make it imperative that he receive appropriate treatment before surrendering to the Bureau of Prisons.

I have discussed this matter with Assistant United States Attorney Tara LaMorte, who consents on behalf of the United States.

Thank you for your consideration of this matter.

Respectfully submitted,

Christopher A. Flood

cc:   AUSA's Tara LaMorte (*by ECF*)

Application GRANTED, 

SO ORDERED.

*Valerie Caproni*
9/23/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE