```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/25/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

      -against-                                       S2 18-CR-863 (VEC)

JOAKIM VON DITMAR,                           ORDER

                         Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the marshals indicated to the Court that Mr. Von Ditmar failed to surrender as ordered on February 24, 2022, *see* Dkt. 127;

       IT IS HEREBY ORDERED that the parties must meet and confer in order to provide the Court with a joint status report not later than **March 2, 2022**.

**SO ORDERED.**

Date:  February 25, 2022
         New York, NY

                                             _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**