**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

**MEMO ENDORSED**

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

December 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/22

**By Email and ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Joakim von Ditmar*, 18 Cr. 863 (VEC)

Honorable Judge Caproni:

With the consent of the Government, I write to respectfully request that the date for Mr. Von Ditmar's voluntary surrender be extended to Sunday, May 16, 2022. Mr. Von Ditmar is presently scheduled to surrender to the FCI Butner Low on Friday, April 29, 2022.

As with the extensions of Mr. Von Ditmar's surrender date that the Court has previously granted, this request relates to Mr. Von Ditmar's precarious health. The requested extension, however, is expected to be the final one. ███████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████

I have discussed this request with United States Pretrial Officer Fracesca Piperato, who consents to the requested extension, and who confirms that Mr. Von Ditmar is in compliance with the terms of his pretrial release. I have also discussed this matter with Assistant United States Attorney Tara LaMorte who consents to the requested extension on behalf of the United States.

Thank you for your consideration of this matter.

Respectfully submitted,

████████████

cc:   AUSA's Tara LaMorte (*by ECF*)
      USPTO Francesca Piperato

Application GRANTED. Mr. Von Ditmar must surrender not later than May 16, 2022. Defense counsel is directed to confirm with FCI Butner Low that it accepts voluntary surrenders on weekends.

SO ORDERED.

*[signature]*
4/25/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE



**Isabelle C Le Leannec, MD**
**NYU COLORECTAL SURGERY ASSOCIATES**
550 FIRST AVENUE, SKIRBALL 7V
NEW YORK NY 10016
Phone: 646-501-0584
Fax: 646-501-9995

April 19, 2022

Patient:         **Mr. Joakim Von Ditmar**
Date of Birth:   **2/26/1963**
Date of Surgery: **4/21/2022**

To Whom it May Concern:



**Isabelle C. Le Leannec, M.D. M.Eng.** (*she/her*)
Division of Colon and Rectal Surgery
*Clinical Assistant Professor of Surgery*
*Associate Clerkship Director, Surgery Clerkship*
NYU Grossman School of Medicine
T (646) 501-0584   F (646) 501-9995

NYU Division of Colon & Rectal Surgery
NYU Langone Medical Center
530 First Avenue, Silverstein Suite 7V
New York, NY 10016