# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

**MEMO ENDORSED**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/22
```

**By Email and ECF**
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Joakim von Ditmar*, 18 Cr. 863 (VEC)

Honorable Judge Caproni:

With the consent of the Government and Pretrial Services, I write to respectfully request that the date for Mr. Von Ditmar's voluntary surrender be extended to Monday, June 13, 2022. Mr. Von Ditmar is presently scheduled to surrender to the FCI Butner Low on or before May 16, 2022.

As with all previous extensions of Mr. Von Ditmar's surrender date that the Court has granted, this request relates to Mr. Von Ditmar's precarious health. As the attached letter sets forth, [REDACTED]

No further requests to extend Mr. Von Ditmar's surrender date are anticipated. I have discussed this request with United States Pretrial Officer Fracesca Piperato, who consents to the requested extension, and who confirms that Mr. Von Ditmar is in compliance with the terms of his pretrial release. I have also discussed this matter with Assistant United States Attorney Tara LaMorte who consents to the requested extension on behalf of the United States.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Christopher A. Flood*
Christopher A. Flood

cc:   AUSA's Tara LaMorte (*by ECF*)
      USPTO Francesca Piperato

Application GRANTED. Mr. Von Ditmar must surrender not later than **June 13, 2022**.

SO ORDERED.

*Valerie Caproni* (signature)
5/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Redacted