**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2023

**MEMO ENDORSED**

February 24, 2023

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States v. Joakim Von Ditmar**
      **18 Cr. 863 (VEC)**

Honorable Judge Caproni:

With the consent of the Government, I write on behalf of Mr. Von Ditmar to respectfully request that this Court order the U.S. Pretrial Services Department for the Southern District of New York to return Mr. Von Ditmar's passport to him, to his wife, Destinee Ross, or to a representative from my office. Mr. Von Ditmar surrendered his passport as a condition of pretrial release. He surrendered to the Bureau of Prisons on or about June 13, 2022, and, after completing the custodial term of his sentence, we understand that he has recently been transferred to ICE custody. Pretrial Services requires an order of this Court to return the passport.

I have discussed this request with Assistant United States Attorney Tara LaMorte, who consents on behalf of the United States.

Thank you for considering this request.

Sincerely,

/s/ Christopher A. Flood, Esq.
Asst. Federal Defender
Tel.: (212) 417-8734

Hon. Valerie E. Caproni   February 23, 2023
United States District Judge   Page 2

**Re:**   **United States v. Joakim Von Ditmar**
  **18 Cr. 863 (VEC)**

Application GRANTED.

**SO ORDERED:**

_____   02/24/2023
**Hon. Valerie E. Caproni**
**U.S. District Judge**

CC:   AUSA Tara LaMorte, Esq. (by ECF)